IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| James E. Thompson, | ) | C/A No. 3:18-3212-JMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| City of Columbia, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, James E. Thompson filed this civil action in November 2018. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). On June 7, 2019, the court issued an Amended Scheduling Order granting the parties' motion for an extension of the deadline for filing dispositive motions until October 10, 2019. (ECF No. 27.) As of the date of this order, no party has filed a potentially dispositive motion regarding the merits of this case. The parties are directed to inform the court in writing of the status of this case on or before **October 23, 2019** and advise the court as to whether the case is ready for trial. If any party intends to seek leave for an extension in which to file a dispositive motion, it must establish the requisite showings of good cause and excusable neglect in accordance with Federal Rule of Civil Procedure 6(b)(1).

**IT IS SO ORDERED.**

_____

October 17, 2019  Paige J. Gossett
Columbia, South Carolina  UNITED STATES MAGISTRATE JUDGE